# UNITED STATES DISTRICT COURT

_____ DISTRICT OF MASSACHUSETTS _____

UNITED STATES OF AMERICA

v.

Luis Gliberto Guaman Guaman

**CRIMINAL COMPLAINT**

M.J. No.:    MJ- 05-__1615__CBS

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __November 22, 2004__ in __Plymouth__ County and elsewhere in the District of __Massachusetts__, defendant did, (Track Statutory Language of Offense)

**possess, obtain, accept, and receive a visa, knowing it to be forged, counterfeit and otherwise procured by fraud and unlawfully obtained**

in violation of Title __18__ United States Code, Section __1546(a)__.

I further state that I am a(n) __Special Agent - Immigration and Customs Enforcement__
                                            Official Title

and that this complaint is based on the following facts:

**Please see attached Affidavit of Special Agent Derek M. Dunn attached hereto and incorporated herein by reference.**

Continued on the attached sheet and made a part hereof:    [x] Yes    [ ] No

_____
Signature of Complainant
Derek M. Dunn
Special Agent - ICE

Sworn to before me and subscribed in my presence,

__January 13, 2005__                    at    __Boston, Massachusetts__
Date                                          City and State

Hon. Charles B. Swartwood III
**Chief, United States Magistrate Judge**        _____
Name and Title of Judicial Officer                Signature of Judicial Officer