AO 468 (Rev. 1/86) Waiver of Preliminary Examination or Hearing

# UNITED STATES DISTRICT COURT

DISTRICT OF Massachusetts

UNITED STATES OF AMERICA
V.
Guaman

**WAIVER OF PRELIMINARY EXAMINATION OR HEARING**
**(Rule 5 or 32.1, Fed. R. Crim. P.)**

CASE NUMBER:

I, Luis Guaman, charged in a ☒ complaint ☐ petition pending in this District with fraud & misuse of visa in violation of Title 18, U.S.C., 1546, and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary ☐ examination ☒ hearing, do hereby waive (give up) my right to a preliminary ☐ examination ☒ hearing.

1/19/05
Date

X _____
Defendant

_____
Counsel for Defendant